IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGEL S. JONES,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>        Defendant. | 4:15-CV-3128<br><br>JUDGMENT |

Pursuant to the accompanying Memorandum and Order, the Commissioner's decision is affirmed.

Dated this 15th day of February, 2017.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge